# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

WORLDWIDE AIRCRAFT SERVICES, INC. d/b/a JET ICU,

Appellant,

v.

BLUE CROSS AND BLUE SHIELD OF FLORIDA, INC., and
BLUE CROSS AND BLUE SHIELD OF SOUTH CAROLINA,

Appellees.

No. 2D2025-1594

_____

April 17, 2026

Appeal from the Circuit Court for Hillsborough County; Jennifer X. Gabbard, Judge.

Michael Brannigan of The Law Office of Michael Brannigan, P.A., Tampa, for Appellant.

Daniel Alter and Eric Yesner of GrayRobinson, P.A., Fort Lauderdale, for Appellee Blue Cross and Blue Shield of Florida.

Timothy J. Conner and Emily R. McWey of Holland & Knight LLP, Jacksonville, for Appellee Blue Cross and Blue Shield of South Carolina.


PER CURIAM.

Affirmed.

LUCAS, C.J., and KELLY and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.